THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN BUSZKIEWICZ, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CASE NO. C17-1484-JCC <br><br> ORDER |

This matter comes before the Court on the parties' stipulated motion for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 16). Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion and ORDERS that:

Pursuant to the EAJA, Plaintiff is awarded attorney fees in the amount of $2,941.38, subject to any offset as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA fees shall be made payable to Victoria B. Chhagan, based on Plaintiff's assignment of this amount to his attorney. (Dkt. Nos. 16-4, 16-5.) The check shall be mailed to Plaintiff's attorney's office: Victoria B. Chhagan, Douglas Drachler McKee & Gilbrough, 1904 Third Avenue, Seattle, Washington 98101.

1       DATED this 26th day of November 2018.

*[Signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE